1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 MARIA E. YBARRA,              )    CV-F 05-0196 OWW TAG
                                 )
11                 Plaintiff,    )    STIPULATION AND
                                 )    ORDER TO EXTEND
12           v.                  )    TIME
                                 )
13 JO ANNE B. BARNHART,          )
   Commissioner of Social        )
14 Security,                     )
                                 )
15                 Defendant.    )
   _____)
16

17         The parties, through their respective counsel, stipulate
18 that the time for filing defendant's response to plaintiff's
19 complaint be extended from June 20, 2005 to July 19, 2005.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1     This is defendant's first request for an extension of time in
2 this case. The Social Security Administration needs the additional
3 time to complete the administrative process.

4                                  Respectfully submitted,

6 Dated: June 8, 2005         /s/ Robert D. Christenson
                                 (As authorized via facsimile)
7                                  ROBERT D. CHRISTENSON
                                 Attorney for Plaintiff

10 Dated: June 8, 2005         McGREGOR W. SCOTT
                                 United States Attorney

12                                  /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
13                                  Assistant U.S. Attorney

**IT IS SO ORDERED:**

17 Dated: 6/10/2005                  *[signature]*
                               THE HONORABLE THERESA A. GOLDNER
                               United States Magistrate Judge