```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KRISTI C. KAPETAN
   | Assistant U.S. Attorney
 3 | 3654 Federal Building
   | 1130 "O" Street
 4 | Fresno, California 93721
   | Telephone:  (559) 498-7316
 5 |
   | Attorneys for Defendant
 6 |
 7 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 8 |                 EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| 9 | MARIA E. YBARRA, ) | 1:05-cv-00196 TAG |
|  | ) | |
| 10 | Plaintiff, ) | |
|  | ) | STIPULATION AND ORDER |
| 11 | v. ) | FOR REMAND PURSUANT TO |
|  | ) | 42 U.S.C. § 405(g), SENTENCE SIX |
| 12 | JO ANNE B. BARNHART, ) | |
|  | Commissioner of Social ) | |
| 13 | Security, ) | |
|  | ) | |
| 14 | Defendant. ) | |
|  | _____) | |
| 15 | | |

16    IT IS HEREBY STIPULATED, by and between the parties, through

17 their respective counsel of record, that this action be remanded

18 to the Commissioner of Social Security for further administrative

19 action pursuant to section 205(g), sentence six, of the Social

20 Security Act, 42 U.S.C. § 405(g).

21    On remand, the Commissioner will continue searching for the

22 missing hearing tape.  If the Commissioner cannot obtain the tape

23 **within 90 days** from the filed date of this Order, **the Commissioner**

24 **will begin reconstruction of the administrative file**.

25    Defendant further agrees to file with the Court and serve on

26 plaintiff a Status Report every 90 days from the date this order

27 is filed with the Court.

28

1

```
                                        Respectfully submitted,


Dated: July 8, 2005                     /s/ Robert D. Christenson
                                        (As authorized via facsimile)
                                        ROBERT D. CHRISTENSON
                                        Attorney for Plaintiff


Dated: July 11, 2005                    McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   July 12, 2005**                     **/s/ Theresa A. Goldner**
j6eb3d                                    UNITED STATES MAGISTRATE JUDGE