# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. YBARRA, | Case No. 1:05-cv-00196-TAG |
| Plaintiff, | ORDER RE: STATUS REPORTS |
| vs. | |
| MICHAEL J. ASTRUE,[1] COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

On February 4, 2005, Plaintiff Maria E. Ybarra ("Plaintiff"), filed a counseled complaint seeking judicial review of Defendant Michael J. Astrue's ("Defendant") administrative decision denying her application for Social Security disability benefits. (Doc. 1). Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties consented to proceed before a United States Magistrate Judge, and, by an order dated June 16, 2005, this action was assigned to the United States Magistrate Judge for all further proceedings. (Doc. 12). On July 12, 2005, the Magistrate Judge remanded this action under Sentence Six of 42 U.S.C. § 405(g), pursuant to the parties' executed stipulation. (Docs. 13, 14). The terms of the remand order mandated, <u>inter alia</u>, that Defendant file quarterly reports informing the Court of the status of the case ("status reports"). (Doc. 14). On November 1, 2007, Defendant filed a status report apprising the Court that a new administrative hearing would be held on November 16, 2007. (Doc. 27). To date, Defendant has

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

failed to file any further status reports.  (See Case Docket).

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant Michael J. Astrue file a status report within ten (10) court days; and

2.  Defendant continue to file additional status reports every ninety (90) days, in compliance with this Court's remand order (Doc. 14).

IT IS SO ORDERED.

Dated:   **June 3, 2008**                                                   /s/ Theresa A. Goldner
                                                                            UNITED STATES MAGISTRATE JUDGE