IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. YBARRA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendants.<br>_____/ | Case No. 1:05-cv-00196-TAG<br><br>ORDER DIRECTING CLERK TO REOPEN THIS CASE<br><br>ORDER ENTERING JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANT |

On February 4, 2005, Plaintiff Maria E. Ybarra ("Plaintiff"), filed a counseled complaint seeking judicial review of Defendant Michael J. Astrue's ("Defendant") administrative decision denying her application for Social Security disability benefits. (Doc. 1). Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties consented to proceed before a United States Magistrate Judge, and, by an order dated June 16, 2005, this action was assigned to the United States Magistrate Judge for all further proceedings. (Doc. 12).

On July 12, 2005, the Magistrate Judge remanded this action under Sentence Six of 42 U.S.C. § 405(g), pursuant to the parties' executed stipulation. (Docs. 13, 14). In accordance with this Court's procedure, upon remand the case was terminated. (See Dkt. Entry dated July 12, 2005).

Defendant filed status reports informing the Court that, because the tape of the original hearing could not be located, a supplemental hearing would be held before an Administrative Law

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

Judge ("ALJ") in November 2007. (Docs. 15, 27). On June 17, 2008, Plaintiff and Defendant filed a copy of the ALJ's February 1, 2008 decision, which partially favored Plaintiff, and stipulated to the entry of judgment for Plaintiff. (Doc. 31).

Based on the foregoing, IT IS HEREBY ORDERED that

1. The Clerk of the Court IS DIRECTED to reopen this action;

2. Judgment BE ENTERED for Plaintiff Maria E. Ybarra and against Defendant Michael Astrue; and

3. The Clerk of the Court IS DIRECTED to close this action, upon entry of such judgment.

IT IS SO ORDERED.

Dated:   **June 17, 2008**              /s/ Theresa A. Goldner
                                        UNITED STATES MAGISTRATE JUDGE

2