McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA E. YBARRA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:05-cv-0196-TAG<br><br>STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND EIGHT HUNDRED dollars and 00 cents ($3,800.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND EIGHT HUNDRED dollars and 00 cents ($3,800.00) in EAJA

attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                                                              Respectfully submitted,

Dated: August 5, 2008                          /s/ *Robert D. Christenson*
                                                    *(As authorized via email)*
                                                    ROBERT D. CHRISTENSON
                                                    Attorney for Plaintiff

Dated: August 8, 2008                          McGREGOR W. SCOTT
                                                    United States Attorney
                                                    LUCILLE GONZALES MEIS
                                                    Regional Chief Counsel, Region IX
                                                    Social Security Administration

                                                    */s/ Leo R. Montenegro*
                                                    LEO R. MONTENEGRO
                                                    Special Assistant U.S. Attorney

                                                    Attorneys for Defendant

                                                    **ORDER**

IT IS SO ORDERED.

Dated:   **August 13, 2008**                                           **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE